UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTOINE PLACIDE, )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>ALBERTO GONZALES, )<br>United States Attorney General, et al. )<br>)<br>Respondents. ) | Civil Case No. 05-1106 (RBW) |

### ORDER

On June 2, 2005, the petitioner filed a Writ of Habeas Corpus. Accordingly, it is hereby this 6th day of June, 2005

**ORDERED** that the government shall file a response to this Writ by June 20, 2005.

REGGIE B. WALTON
United States District Judge